# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          Plaintiff, )<br>)<br>v. )<br>)<br>KURTIS J. LILE, )<br>          Defendant. ) | Case No. 24-00104-02-CR-W-BP |

## ORDER ACCEPTING PLEA OF GUILTY

On January 16, 2025, the Honorable Lajuana M. Counts, United States Magistrate Judge for this District, recommended the Court accept Defendant's plea of guilty to one count of conspiracy to distribute 50 grams or more of a mixture or substance containing methamphetamine. (Doc. 80.) There has been no objection to Judge Counts's recommendation and the time for objecting has passed. Accordingly, the Court adopts the recommendation; Defendant's plea of guilty is now accepted and he is adjudged guilty.

The United States Probation Office shall prepare a presentence investigation report. Sentencing will be set by subsequent Order of the Court.

**IT IS SO ORDERED.**

DATE: February 4, 2025

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT